**ORIGINAL**

DAVID J. ZUGMAN
Cal. Bar # 190818
964 Fifth Avenue, Suite 300
San Diego, CA 92101
(619) 699-5931
(619) 699-5932
zugman@sbcglobal.net

Attorney for Mr. Jesus Ramon Frutos

FILED

2006 OCT -4 AM 9:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR0863-BEN |
| Plaintiff, ) | |
| v. ) | |
| JESUS RAMON FRUTOS, ) | STIPULATION TO CONTINUE THE |
| Defendant. ) | SENTENCING HEARING |

**THE PARTIES STIPULATE** to continue Mr. Frutos's sentencing hearing from October 23, 2006, at 9:00 a.m. to December 4, 2006 at 9:00 a.m.. This date has been cleared with this Court's clerk. The new date is the sentencing hearing date for Mr. Frutos's co-defendant, Pedro Frutos. The continuance is necessary so that there can just one Section 5C1.2 meeting. There have been no previous requests for a continuance. Mr. Jesus Frutos is in custody.

**IT IS SO STIPULATED:**

Dated: 9/21/06

_____
DAVID ZUGMAN
ATTORNEY FOR MR. FRUTOS

06CR0863-BEN

Dated: 9/28/2006

ANDREW G. SCHOPLER
ASSISTANT U.S. ATTORNEY

```
                                              FILED
                                         2006 OCT -4  AM 9:54

                                         CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                         BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR0863-BEN |
| Plaintiff, ) | |
| v. ) | |
| JESUS RAMON FRUTOS, ) | ORDER CONTINUING |
| Defendant. ) | THE SENTENCING HEARING |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing in the above captioned date be continued until December 4, 2006, at 9:00 a.m..

Dated: 10/03/06

ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE